**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DAVID LESLIE BARKSDALE,

                Petitioner

        v.

THE SUPERIOR COURT OF
PENNSYLVANIA,

                Respondent

:  No. 31 MM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.